KILPATRICK TOWNSEND & STOCKTON LLP
JAMES SMITH (State Bar No. 190050)
James.Smith@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
KChapman@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant
FANATICS INC. (erroneously sued as "Fanatics, Inc.")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY-RAE PAVILLARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FANATICS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06508<br><br>**DEFENDANT FANATICS INC.'S NOTICE OF REMOVAL**<br><br>Los Angeles County Superior Court Complaint Filed: June 16, 2021 |

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Fanatics Inc. (improperly named as Fanatics, Inc.) ("Fanatics" or "Defendant") removes this action from Superior Court of the State of California, Los Angeles County, to this Court on the following grounds:

1. On June 16, 2021, Plaintiff Caley-Rae Pavillard ("Plaintiff") filed an action against Fanatics in the Superior Court of the State of California, Los Angeles County, Case No. 21STCV22571 (the "State Court Action").

2. Plaintiff served the Complaint in the State Court Action on Fanatics by Notice and Acknowledgement of Receipt, which was effectuated on July 13, 2021. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and all other process,

1  pleadings, and orders served upon Defendant in the State Court Action are attached as
2  Exhibit A.

3      3.    In accordance with 28 U.S.C. § 1446(b), Fanatics is filing this Notice of
4  Removal within thirty days of service of the Complaint.

5      4.    Promptly after filing this Notice of Removal, Fanatics will give written
6  notice of the removal to Plaintiff, as well as to the Clerk of the Court in the State
7  Court Action, as required by 28 U.S.C. § 1446(d).

8      5.    This case may be properly removed to this United States District Court
9  pursuant to 28 U.S.C. §§ 1332 and 1441(a).  The Superior Court of California, Los
10 Angeles County, is located within the Central District of California.

11     6.    As set forth more fully below, removal is proper under 28 U.S.C. §§
12 1332(a) and 1441(a) because (1) there is complete diversity of citizenship; (2)
13 Plaintiff is a citizen of the State of California and Fanatics Inc. is not a citizen of the
14 State of California; and (3) the amount in controversy exceeds $75,000, exclusive of
15 interests and costs.

### Citizenship of the Parties

17     7.    Based on paragraph 6 of the Complaint, Fanatics is informed and
18 believes that Plaintiff was at the time this action commenced, and still is, a citizen of
19 the State of California.  Ex. A, Compl. ¶ 1.

20     8.    Fanatics is a corporation registered under the laws of the State of
21 Delaware and maintains, and at all times relevant to Plaintiff's Complaint maintained,
22 its principal place of business in the State of Florida.

23     9.    To the extent Plaintiff has attempted to name any "Doe" defendants,
24 pursuant to 28 U.S.C. § 1441(a), the "citizenship of defendants sued under fictitious
25 names shall be disregarded."

26     10.    Thus, there is complete diversity between Plaintiff (a citizen of
27 California) and Defendant (a citizen of Delaware and Florida).

28

## Removal Pursuant to 28 U.S.C. §§ 1332(a) and 1441(a)

11.     Pursuant to 28 U.S.C. § 1441(a), any action filed in state court "of which the district courts of the United States have original jurisdiction" may be removed to the district court for the district "embracing the place where such action is pending." *See* 28 U.S.C. §1441(a). Plaintiff alleges that the actions complained of took place in the county of Los Angeles. As noted above, Los Angeles County Superior Court is located within this district.

12.     Removal of actions pursuant to 28 U.S.C. § 1332(a) is permissible only if the defendants seeking or consenting to removal are not citizens of the state where the action is brought. *See* 28 U.S.C. § 1441(b)(2). As noted above, Fanatics is not a citizen of California.

13.     Pursuant to 28 U.S.C. §1332(a), federal district courts have original jurisdiction over actions between citizens of different states where the matter in controversy exceeds $75,000.00. Based on the Prayer of the Complaint, Plaintiff is seeking an amount greater than $75,000.00 in monetary damages. Ex. A, Compl. p. 4. Specifically, Plaintiff requests "penalties in the amount of $75,000.00" plus "reasonable attorneys' fees pursuant to Labor Code section 218.5." *Id.* California Labor Code § 218.5 mandates the court to award attorneys' fees and costs to the prevailing party where, as here, a party to the action requested them upon the initiation of the action. Cal. Labor Code § 218.5. Accordingly, attorneys' fees are included in the amount in controversy, and the amount in controversy in this case exceeds $75,000.00. *See Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005) ("The amount in controversy includes the amount of damages in dispute, as well as attorney's fees, if authorized by statute or contract.")

14.     Pursuant to 28 U.S.C. §1446(a), Exhibit A to this Notice of Removal constitutes all remaining process, pleadings, and orders served upon Fanatics in this action, or filed by Fanatics with the Superior Court.

WHEREFORE, Fanatics hereby removes the State Court Action filed by Plaintiff from the Superior Court of California, Los Angeles County, to this Court.

Dated: August 11, 2021

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By _____
JAMES SMITH

Attorney for Defendant
Fanatics, Inc. (erroneously sued as "Fanatics, Inc.")

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013; C.R.C. § 2008]

I declare that I am employed in the City and County of San Francisco, California, in the office of Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111.

On the date set forth below, I served a true and correct copy of the foregoing document entitled **DEFENDANT FANATICS, INC.'S NOTICE OF REMOVAL** on the interested parties in this action, as follows:

> Timothy A. Hall
> Law Offices of Hall & Lim
> 16430 Ventura Boulevard, Suite 200
> Encino, California 91436
> Telephone: (310) 203-8411
> Facsimile:  (310) 203-8412
> Email:  tim@hallandlim.com
> Email:  ani@hallandlim.com
> Email:  rose@hallandlim.com

☒ [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ [By Hand]  I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the parties listed above.

☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail addresses indicated for the parties listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 11, 2021, at San Francisco, California.

_____
Abby Ako-Nai